No. 75–1715. LABIT v. SANTA FE MARINE, INC., ET AL. C. A. 5th Cir. Certiorari denied. 

No. 75–1718. UNION PACIFIC RAILROAD CO. v. UNITED STATES. Ct. Cl. Certiorari denied. 

No. 75–1720. NAFTALIN v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 75–1722. FOLLIARD v. SEMLER, ADMINISTRATRIX, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 75–1725. MONTGOMERY COUNTY COMMUNITY ACTION AGENCY v. POWERS. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 75–1727. NANCE v. OREGON STATE SYSTEM OF HIGHER EDUCATION ET AL. Ct. App. Ore. Certiorari denied. 

No. 75–1730. TWO TRACTS OF LAND CONTAINING A TOTAL OF 146.4 ACRES ET AL. v. TENNESSEE VALLEY AUTHORITY. C. A. 6th Cir. Certiorari denied. 

No. 75–1732. FIRST NATIONAL CITY BANK v. AMERICAN FIDELITY FIRE INSURANCE CO. ET AL. C. A. 3d Cir. Certiorari denied. 

No. 75–1733. SIMON v. SIMON. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. 

No. 75–1736. APEX OIL CO. v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 75–1739. DADE COUNTY CLASSROOM TEACHERS' ASSN., INC. v. NATIONAL EDUCATION ASSN. C. A. 5th Cir. Certiorari denied.